

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 12, 2023

**BY ECF**

The Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Jaleel Shakoor*, 22 Cr. 599 (CM)

Dear Judge McMahon:

A status conference is presently calendared for June 15, 2023, at 3 p.m. The Government and the defendant are currently engaged in discussions regarding a potential pretrial dispostion for this case. As a result, the parties jointly request an adjournment of the status conference until July 26, 2023 at noon, a date and time the parties understand is convenient to the Court, to allow for these negotiations to continue.

Should the Court grant the requested adjournment, the Government moves to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, between June 15, 2023 and the date of the rescheduled conference. The Government submits that the exclusion of time would be in the interests of justice as it would allow the parties to continue to discuss a potential disposition. In addition, defense counsel consents to the exclusion of time.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Christopher D. Brumwell
Emily A. Johnson
Patrick Moroney
Assistant United States Attorneys
212-637-2409

*Handwritten endorsement:*
MEMO ENDORSED 6/12/23
Case adj to July 26, 2023 at noon — time excluded through July 26, in the interest of justice, to facilitate plea negotiations.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

cc:   Counsel (by ECF)